To: Clerk of Court; Catherin O'Hagan Wolfe

From: Jason Deleon 02A3503

Date: February 15, 2023.

Re: Deleon v. Ayers, et al. 16-cv-06848 Evidentiary hearing transcripts update. Docket No. 23-181.

    Please find enclosed a copy of a letter requesting copies of the evidentiary hearing transcripts for November 9, 2022. I have yet to recieve a response or even a notice from the courts indicating that either my request has been recieved or that there are waiting to processes my request. It's now going on a year with no response. So I'll make another attempt and inform thies of such request.

    I wish to thank you for your time in this matter.

Respectfully,

Jason Deleon

Cayuga Correctional Facility
P.O. box 1186
Moravia, N.Y. 13118.

cc: File.

To: Clerk of the court; Mary C. Loewenguth

From: Jason Deleon 02A3502

Date: March 11, 2023.

Re: Requesting Evidentiary hearing transcripts for November 9, 2022. Deleon v. Ayers, et al. 16-CV-06848

    I am writing because I would a transcript copy of the evidentiary hearing conducted on November 9, 2022 by the Hon. David G. Larimer. for Deleon v. Ayers, et al. 16-CV-06848.

    I thank you for your time and assistance in this matter.

Sincerely,
Jason Deleon

Legal Mail

**CAYUGA CORRECTIONAL FACILITY**
P.O. BOX 1186
MORAVIA, NEW YORK 13118

NAME: Jason Acheon  DIN: 02A3502

United States court of Appeals
for the Second Circuit
Clerk of court
Catherine O'Hagan Wolfe
Thurgood Marshall United States Courthouse
40 Foley Square, New York, New York
10007

SYRACUSE NY 130
1 MAR 2024 PM 3 L
$000.64

10007-150729

Legal Mail