# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand twenty-four.

_____

Jason Deleon,

        Plaintiff - Appellant,

v.

Joel R. Ayers, John S. Marshall, Joseph E. Bradley, Anthony Spahalski, Jeffrey Harris, Joshua Andrus, Shawn D. Pierson,

        Defendants, - Appellees,

_____

**ORDER**

Docket No. 23-181

    On February 2, 2024, the Court ordered Appellant to file a transcript status update letter detailing his efforts to obtain the necessary transcript from the district court. In compliance, on March 4, 2024, Appellant submitted a transcript status update letter informing the Court of transcript delays. Appellant failed to file subsequent letters in 14-day intervals. Upon consideration thereof,

    IT IS HEREBY ORDERED that Appellant must file a transcript status update letter by May 8, 2024. Failure to timely file the transcript update, and to continue to file the update letters in 14-day intervals until the necessary transcript is received, may result in the Court setting Appellant's opening brief due date.

                                     For the Court:

                                     Catherine O'Hagan Wolfe,
                                     Clerk of Court