To: Clerk of court; Catherine O'Hagan Wolfe

From: Jason DeLeon 02A3502

Date: April 29, 2024.

Re: Status update for Transcripts in the matter of Jason DeLeon v. Ayers, Docket No. 23-181.

    I am writing because I would like to notify the court that I have yet to receive a response acknowledging that their are in receipt of my last letter. I cannot force the matter because I have no attorney representing me, so I am at the mercy of both the facility and courts. To which one of them I am in their custody and control and the other the my civil claim I am trying to litagate in but do not have the necessary resources at my disposal in order to accomplish the matter.

Hereby; this letter is notifying the courts of my status update in trying to acquire the transcripts for the mentioned matter.

Sincerely;
Jason DeLeon

cc: File.

**CAYUGA CORRECTIONAL FACILITY**
P.O. BOX 1186
MORAVIA, NEW YORK 13118

NAME: Jason DeLeon    DIN: 02A3502

Clerk's Office
U.S. Court of Appeals
United States courthouse
Foley Square
New York, NY 10007

Legal mail

SYRACUSE NY 130
3 MAY 2024 PM
US POSTAGE $000.64
05/03/2024
ZIP 13118
041M11463873

USM4LD
SDNY

10007-1501

legal mail