**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand twenty-four.

_____

| | |
|---|---|
| Jason Deleon, | **ORDER** |
|       Plaintiff - Appellant, | Docket No. 23-181 |
| v. | |
| Joel R. Ayers, John S. Marshall, Joseph E. Bradley, Anthony Spahalski, Jeffrey Harris, Joshua Andrus, Shawn D. Pierson, | |
|       Defendants, - Appellees, | |
| Stephen J. Wenderlich, | |
|       Defendant. | |

_____

      By order dated October 16, 2024, Appellant was directed to notify the Court of his new address upon his release and to file a transcript status update letter. Appellant failed to comply with that order. Upon consideration thereof,

      IT IS HEREBY ORDERED that Appellant's brief must be filed on or before January 21, 2025. The appeal will be dismissed effective January 21, 2025, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/19/2025**