**23-181**
RECEIVED
2025 APR -1 PM 2:33
U.S. COURT OF APPEALS

Jason Deleon
#02-A-3502
Cayuga Correctional Facility
P.O. Box 1186
Moravia, NY 13118

# MANDATE

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand twenty-four.

---

Jason Deleon,

      Plaintiff - Appellant,

v.

Joel R. Ayers, John S. Marshall, Joseph E. Bradley, Anthony Spahalski, Jeffrey Harris, Joshua Andrus, Shawn D. Pierson,

      Defendants, - Appellees,

Stephen J. Wenderlich,

      Defendant.

**ORDER**

Docket No. 23-181

---

      By order dated October 16, 2024, Appellant was directed to notify the Court of his new address upon his release and to file a transcript status update letter. Appellant failed to comply with that order. Upon consideration thereof,

      IT IS HEREBY ORDERED that Appellant's brief must be filed on or before January 21, 2025. The appeal will be dismissed effective January 21, 2025, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 03/19/2025**

CLERK'S OFFICE
U.S. COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
03/20/2025 ZIP 10007
043M31215156

LEGAL MAIL—Open only in the presence of the Inmate.
See 28 C.F.R. 540.18, 540.19(a), 540.2(c).

NIXIE    146    CC 1    2203/29/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 10007150 1                *2937-00527-28-24

10007>1501

RETURN TO SENDER
UNABLE TO FORWARD